```
Brien Chartier
Special Assistant to the US Attorney (Rule 180)
3801 Pegasus Drive
Bakersfield, CA 93308
```

Eastern District of California Bakersfield Branch

| | |
|---|---|
| United States, | ) Case No.: 5:13-cr-00003-JLT |
| Plaintiff, | ) |
| vs. | ) MOTION TO DISMISS; ORDER |
| Mary George, | ) |
| Defendant | ) |

Plaintiff hereby moves the Court to dismiss Plaintiff's Complaint without prejudice. The bases for this Motion are set forth in the accompanying Memorandum.

Dated this 7th day of February 2013

```
Brien Chartier
Special Assistant to the US Attorney (Rule 180)
3801 Pegasus Drive
Bakersfield, CA 93308
```

Eastern District of California Bakersfield Branch

| | |
|---|---|
| USA | Case No.: 123456-123 |
| Plaintiff, | |
| vs. | MEMORANDUM IN SUPPORT OF MOTION TO DISMISS |
| Mary George, | |
| Defendant | |

**FACTS**

On July 31 2012 BLM Ranger Reid Hopkins located an illegal trash dump on BLM lands in Erskin Creek near Lake Isabella.  Ranger Hopkins found the following evidence at the scene:

FOUR ITEMS ADDRESSED TO MARY GEORGE 1825 HARRINGTON,BODFISH
FOUR ITEMS ADDRESSED TO MARY GEORGE 631 NORTH DRIVE,BODFISH
TWO ITEMS ADDRESSED TO COLE GEORGE,631 NORTH DRIVE,BODFISH
ONE 1989 ARVIN HIGH SCHOOL YEAR BOOK

Ranger Hopkins then located and interviewed Mary George who indicated that her son Hayden Tidwell had hauled several large garbage bags to the dump for her. George believed that her son had dumped the bags of garbage in Erskine Creek instead of taking them to the dump.
Mary George then called someone that she said was her son.  Ranger Hopkins spoke to an individual on the phone that identified himself and Hayden Tidwell and admitted to dumping the items.
Ranger Hopkins attempted to send a violation notice to Tidwell based on an address he provided in Texas but the notice was returned undeliverable and Hopkins was unable to contact Tidwell. Ranger Hopkins then issued a violation notice to May George for 43 CFR 8365.1-2(b)
*Leave personal property unattended longer than 10 days (12 months in Alaska), except as provided under 8365.23(b) of this title, unless otherwise authorized. Personal property left unattended longer than 10 days (12 months in Alaska), without permission of the authorized officer, is subject to disposition under the Federal Property and Administrative Services Act of 1949, as amended (40 U.S.C. 484(m)).*

**ARGUMENT**
**I. Dismiss in the interest of Justice**

.
1) There is not enough evidence that Mary George knew her belongings were left on BLM lands
2) There is evidence indicating that Hayden Tidwell is responsible for the violation

**CONCLUSION**

For the reason stated above, Motion to Dismiss should be granted.

Dated this 7th day of February 2013

Brien Chartier
Special Assistant to the US Attorney (Rule 180)
3801 Pegasus Drive
Bakersfield, CA 93308

**ORDER**

IT IS SO ORDERED.

Dated:   **February 8, 2013**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE